Ritzie *v.* Gypsum Haulage, Inc. et al., Appellants.

Argued September 18, 1973. *Joseph J. Musto,* with him *Bedford, Waller, Griffith, Darling & Mitchell,* for appellants; *Thomas J. Carlyon,* with him *Thomas J. Sharkey,* and *Falvello, Ustynoski, Giuliani & Bernstein,* for appellee.

Order affirmed.

SPAULDING, J., absent.


Roisman, Appellant, *v.* Roisman.

Argued September 10, 1973. *Sidney M. DeAngelis,* with him *Bean, DeAngelis, Kaufman & Kane,* for appellants; *Alan E. Boroff,* with him *Raymond Pearlstine,* for appellee.

Order affirmed.